UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY RUIZ, | ) Case No. EDCV 09-0627-RC |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| FERNANDO GONZALEZ, WARDEN (A), | ) |
| Respondent. | ) |

Pursuant to the Opinion and Order on a petition for habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action are DISMISSED as untimely.

DATE: October 2, 2009          /S/ ROSALYN M. CHAPMAN
                               ROSALYN M. CHAPMAN
                               UNITED STATES MAGISTRATE JUDGE

R&Rs-MDOs\09-0627.jud
10/2/09